FILED
March 7, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-07-0059-LKK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VAN HY VI, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VAN HY VI, Case No. CR.S-07-0059-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $200,000.00

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        _X_   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   March 7, 2007   at   2:52 pm   .

                    By   /s/ Edmund F. Brennan
                    Edmund F. Brennan
                    United States Magistrate Judge