UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. 2:07-0059 LLK

                Plaintiff,

v.

**VAN HY VI**
                                        **ORDER MODIFYING**
                                        **CONDITIONS OF RELEASE**
                Defendant.

      This matter having come before the Court upon Stipulation of the parties and the Court being advised;

      IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The restriction prohibiting VAN HY VI from traveling outside the Eastern District of California will be modified to allow him to travel to England on December 23, 2007 and return on January 3, 2008. While in England, he will reside at 42 Lingham Street, Stockwell, London, SW 99FH, Great Britain. His contact # is 02077338704. If you were to call international, you would dial 011-44-2077338704.

2. In order to permit VAN HY VI to travel outside the United States, the United States Clerk's Office is instructed to release Mr. Hi Vi's passport to him on or after December 15, 2007.

3. Mr. VAN HY VI is ordered to return his passport to the United States Clerk's Office on or before the close of business on January 7, 2008.

Dated: September 17, 2007

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE