**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**VAN HY VI**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0059 LKK |
| Plaintiff, | |
| v. | |
| VAN HY VI, | **AMENDED STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. _____/ | |

THE PARTIES HEREBY STIPULATE that following discussions with Sandy Hall of U.S. Pretrial Services who is in agreement, that the conditions of release shall be modified in the following manner:

1. The restriction prohibiting VAN HY VI from traveling outside the Eastern District of California will be modified to allow him to travel to England on December 24, 2007 and return on January 10, 2008. While in England, he will reside at 42 Lingham Street, Stockwell, London, SW 99FH, Great Britain. His contact # is 02077338704. If you were to call international, you would dial 011-44-2077338704.

2. In order to permit VAN HY VI to travel outside the United States, the United States Clerk's Office is instructed to release Mr. Hi Vi's passport to him on or after December 15, 2007.

3. Mr. VAN HY VI is ordered to return his passport to the United States Clerk's Office on or before the close of business on January 14, 2008.

//
//
//
//

4. All other conditions of release shall remain in effect unless modified by Order of the Court.

Dated: 11/2/07                                                                 Dated: 11/2/07

_____/s/_____                    _____/s/_____
**DOUGLAS L. RAPPAPORT**                                     **MARY GRAD**
Attorney for Defendant                                              Assistant U.S. Attorney
**VAN HY VI**

1  U.S. v. VI- CASE #2:07-CR-0059  LKK

## CERTIFICATE OF SERVICE

I, hereby certify under penalty of perjury that on the 2nd day of November 2007, I served the AMENDED STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AND PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE via electronic notification through CM/ECF system to Mary Grad -Assistant United States Attorney, and to all counsel for co-defendants.

_____
**VERONICA DAVIS**
Assistant to Douglas L. Rappaport

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0059 LKK |
| Plaintiff, | |
| v. | |
| **VAN HY VI** | **FIRST AMENDED ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. | |
| _____/ | |

This matter having come before the Court upon Stipulation of the parties and the Court being advised;

IT IS ORDERED that the Conditions of Release shall be modified in the following manner:

1. The restriction prohibiting VAN HY VI from traveling outside the Eastern District of California will be modified to allow him to travel to England on December 24, 2007 and return on January 10, 2008. While in England, he will reside at 42 Lingham Street, Stockwell, London, SW 99FH, Great Britain. His contact # is 02077338704. If you were to call international, you would dial 011-44-2077338704.

2. In order to permit VAN HY VI to travel outside the United States, the United States Clerk's Office is instructed to release Mr. Hi Vi's passport to him on or after December 15, 2007.

3. Mr. VAN HY VI is ordered to return his passport to the United States Clerk's Office on or before the close of business on January 14, 2008.

DATED: November 6, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vi0059.stipord