UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00059-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| VAN HY VI, | |
| Defendant. | |

The Court has read and considered Defendants Van Hy Vi and Van Dat Vi's Motions to Reconvey Property. (ECF No. 173, 174.) At issue are deeds of trust for property (2514 – 2516 9th Avenue, Oakland, California 94606) used to secure bail for Defendants' release in 2007. (*Id.*) Defendants' cases were closed in 2009. Good cause appearing and noting no opposition from the Government, the Court hereby GRANTS Defendants' motions and ORDERS the Clerk of Court to release the deeds at issue to Trustors Donald Quy Xuong Vi and Cay Yin Vi.

IT IS SO ORDERED.

Dated:  April 5, 2022

Troy L. Nunley
United States District Judge

1